**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 05 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF, DIVISION

CASE NO. 2:23-cv-00193-JM-JTK

Jury Trial: ☐ Yes ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: MICHAEL R. GREEN
ADC # 82316

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

This case assigned to District Judge Moody
and to Magistrate Judge Kearney

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: MR. MOSES JACKSON III

Position: HEAD WARDEN

Place of employment: ARKANSAS REGION UNIT (BRICKEYS)

Address: P.O. BOX 970 / MARIANNA, ARKANSAS, 72360

Name of defendant: MR. M. RICHARDSON

Position: Asst. WARDEN (OVER) MAX. AREA

-4-

NEED 7 COPIES OF THIS

Place of employment: BRICKEYS MAX UNIT

Address: P.O. BOX-970 / MARIANNA, ARKANSAS 72360

Name of defendant: MR. TAYLOR

Position: MAJOR (OVER) MAX AREA

Place of employment: BRICKEYS MAX UNIT

Address: P.O. BOX-970 / MARIANNA, ARK-72360

Name of defendant: MR. William STRAUGHN

Position: A.D.C. DIRECTOR (OVER) UNITS

Place of employment: CENTRAL OFFICES

Address: P.O. BOX-8707 / PINE BLUFF, ARK-71611

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

  ☐  Court (if federal court, name the district; if state court, name the county):

    _____

  ☐  Docket Number: _____

  ☐  Name of judge to whom case was assigned: _____

  ☐  Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

  ☐  Approximate date of filing lawsuit: _____

  ☐  Approximate date of disposition: _____

IV. Place of present confinement: **BRICKEYS MAX UNIT MARIANNA, ARKANSAS, 72360**

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

 _____ in jail and still awaiting trial on pending criminal charges

 __✓__ serving a sentence as a result of a judgment of conviction

 _____ in jail for other reasons (e.g., alleged probation violation, etc.)
   explain: _____

   _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

 A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

  Yes _✓_ No ____

 B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure? **YES**

-6-

~~NEED IT-LOOK of THIS~~

Yes ✓   No ___

If not, why? ___ THE DIRECTOR REFUSED TO ANSWER IT CAUSE all THE Loggs(AND)Cameras SHOW ~~I'm Telling the truth~~ "Plus I am willing to ~~TAKE ANY POLGRAPH~~ TEST",

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.) ①

COMES NOW PLAINTIFF MICHAEL RAY GREEN (A.P.I 82316) TO THE Courts asking THAT THIS CASE CAN BE GRANTED upon IMMEDIATELY - DANGER (ONLY) THE Law says → A CORRECTIONAL OFFICER VIOLATES THE EIGHTH-AMENDMENT IF HE is deliberately indifferent to ~~the~~ NEED to PROTECT AN INMATE FROM a SUBSTANTIAL RISK of SERIOUS HARM FROM OTHER INMATES. JACKSON V. EVERETT, 140 F.3d 1149, 1151 8th CIR (1981) A FAILURE to PROTECT claim Has an OBJECTIVE COMPONENT WHETHER THERE was a SUBSTANTIAL RISK of Harm to THE INMATE and a SUBJECTIVE COMPONENT WHETHER THE PRISON OFFICIAL was deliberately indifferent to that RISK. CURRY V. CRIST. 226 F.3d 974 977 (8th CIR 2000) I was Transfered from [TUCKER-MAX-UNIT] WERE MY LIFE WAS IN IMMEDIATELY Grave yard danger this was March 9th 2001/Its WAS WRITTEN IN WRITING to All BRICKEY MAX UNIT MEDICAL Staff And Administration Staff that a "5.05" HAD BEEN PLACED ON ME From THE State of ARKansas "DIRECTOR" MR. Williams "STRAIGHT IN to KILL ME "5.05" MEANS smash on site to All "Gang members "[MEDICAL"Staff] And "Administration", NOW ~~to show the courts this complaint is TRUE →~~

A LIE," PLAINTIFF can allow threw any loggs and I mean (any) logg from March 9th 2023 to August 21st, 2023 were Correctional officer logged plaintiff have his door tied up. Also any Barracks sullivances/camera of the area I was in will show my door tied-up (or) sleeping directly in the trap so the camera can see me "Prisoner who believes that he is being subjected to substantial risk of serious injury due to official's failure to protect him from harm, is not required to wait for [tragic event] such as an actual assault before obtaining relief," but may bring an action seeking an injunction based on claim that officials are knowingly and unreasonably desregarding objectively tolerable risk of harm and will continue to do so U.S.C.A Const Amend #8 ] This is why I ask the courts to entervein no one should be above the law, the weight and value it stand for./Brickey-max-unit threw Laws and Courts have an Courts have a History of opening cell doors to get other inmates staff, cause nothing is done to the officer's/Mr. Moses Jackson III is Head warden (over) Brickey's max unit [Eastern Arkansas] he have said he will try to keep me safe / Plaintiff reason for praying the court ↻

will transfer him to VSM there would be less movement, the hallways are not lock down at Brickey-Max-Unit max area movement, plus general population work the max-making a hit very easy, "this also violation of Charles Wolff, JR Et Al Petitioners V. Robert O. McDonnell, etc upon lock down measment upon movement. _ _ _ _ _

Plaintiff have exhibits paper work, were he have wrote the Administration and staff concerning this hit, Plaintiff also have Paper work were he have been in contact with (the U.S. Justices Dept)(ACLU Dept)(Governor Mrs. Saratha Hubbee offices)(the President offices) concerning this hit, "Now Mr. Asst. Warden M. Richardson has took over the max area and they have start running yard from 5:00 o'clock am to 6:30 am to 7:00 am them and Mr. Major Taylor try all they can to get me stabbed-up before 8:00 o'clock when the head warden come in, "I have the date and time of every hit attemp for exhibts the staff medical-staff and infirmary have placed on me, "Plaintiff is not seeking for me a transfer to VSM Administration segergation to be safe.

Whereforer Plaintiff pray search motion can be granted upon law of the wait it carry, "Authorites have been warned made- awarer (several) times to have knowledge that (suposedly) Mr. Warden Moses Jackson III (Head-Warden) (and) Asst. Warden Mr. M. Richardson have gave the OK to all security officer to open my cell door to be stabbed-up (for) records

its BEEN DONE BY CORRECTIONAL officers at BRICKEY MAX unit REASON- Some-LEE WERE a SENATOR NEPHEW was Handcuff AND BEATEN ①died ② stabbed severly, THE Administration AND staff HAVE PLACES THE BARRACKS SECurity Camera Can't SEE WERE THEY are TRYING to PLACE ME to do a clean Hit, "THE warden's mention IN this Complaint have stop giving us Inmate Class FORCEing us to go to GENERAL POPULATION WERE I WOULD BE KILLED QUICKER (OR) TAKE PUNITIVE" WHICH is a Violation of Policy, "THEY Have TAKEN Donated Christmas Packages (2012) MR. Warden Johnson Who was (OVER) BRICKEY-MAX-UNIT THEN- NOW MR. M. Richardson is following His foot steps. MR. MAJOR Taylor Have also gave the OK for staff "N/ Security to Have ME stabbed-Up, PLAINTIFF was Attempted to BE Killed from A PILL that was IN PLAINTIFF D.P.M card, (2016) WERE IT gave me A blockage In the waste, Were was coming out my mouth/I HAD to BE SENT out to St. VINCENT Hospital to KEEP From dying/I STAYED IN Hospital for four days In ICU /this was the FIRST "S.O.S" (Immediatley-Threat) (AND) Physical Assault/ PLAINTIFF KNOW THE UNDER Constitution Amendment 1005 (3 prisoner don't) Have A Right / How-EVER we do Have A say so) All hospital Records will show / I was In Intensive CARE GRAVE Yard Condition / NOW THE "S.O.S" BEEN Extended to All gangs -

## VIII. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

I would like an evidence hearing to be set to show my life is in Iminent Danger!

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 25 day of August, 20 23.

Michael Green, ADC 82316

_____

_____

Signature(s) of plaintiff(s)

[Notary stamp: MARION F. SMITH, JR / No. 12704043 / CROSS COUNTY / Commission Expires 12-15-2026]

# ACKNOWLEDGEMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

**TO:** Inmate Green, Michael R.  
**FROM:** Prater, Sallie A  
**DATE:** 06/23/2023  

**ADC#:** 082316C  
**TITLE:** ADC Inmate Grievance Coord  
**GRIEVANCE #:** EAM23-01034  

Please be advised, I have received your Grievance dated 06/16/2023 on 06/23/2023. You should receive communication regarding the Grievance by 07/24/2023.

SIGNATURE OF ADC INMATE GRIEVANCE COORD

*[signature: SPrater]*  ☑

SALLIE PRATER, ADC INMATE GRIEVANCE COORD  
JUN 23, 2023 09:52:04 CDT

## CHECK ONE OF THE FOLLOWING

- ◉ This Grievance will be addressed by the Warden/Center Supervisor or designee.
- ○ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- ○ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- ☐ This Grievance has been determined to be an emergency situation, as you so indicated.

- ○ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- ○ This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. If you do not receive communication regarding your grievance by the date listed above, you may move to the next level of the process. To do so, indicate in the Inmate's Appeal Section below that you did not receive a response and mail it to the appropriate Chief Deputy/Deputy/Assistant Director within five working days. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

INMATE SIGNATURE

[ ]

If appealing a rejection, please include both the Unit Level Grievance Form (Attachment I) and the Rejection (Attachment II)

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center **E.A.R.U**

Name **MICHAEL GREEN**

ADC# **82316**   Brks # **666**   Job Assignment **N/A**

FOR OFFICE USE ONLY
GRV. # _____
Date Received: _____
GRV. Code #: _____

**6/15/2023** (Date) STEP ONE: Informal Resolution

**6/16/2023** (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: **I WAITED THE DAYS THE POLICY REQUIRES AND THE SARGENT MRS. KING DID NOT BRING BACK A REPLY.**

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? ____ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): **I AM ASKING THIS GRIEVANCES BE FORWARDED TO MR. MOSES JACKSON III OFFICES FOR NOTIFICATION I HAVE BEEN THREATEN FROM EVERY SHIFT THAT COME ON IN THE MAX'S AREA THAT THEY ARE GOING TO OPEN MY DOOR AND ALLOW OTHER INMATES TO STAB ME UP & THIS IS FOR RECORD THAT YOU WAS MADE AWARE, "THE RECORD WILL REFLECT" TO OFFICERS OPENING DOORS HAVING INMATES ATTACKED AND NOTHING DONE TO THEM - A INMATE WAS JUST STABBED ON MEMORIAL-DAY IN THE MAX AREA (MAX-3) BARRACKS ALSO FOR RECORD "SEE" 6-BARRACKS SUILVANCES CAMERA HOW SECURITY ALLOWING PORTERS TO HAVE TRAYS EVEN THO THE FOOD IS SUPERVISED TO EASLY TO COUNT OFF THE TRAYS TO GO TO A INMATE CELL THIS IS HOW SECURITY SO ALLOWING INMATES TO STUFF IN MY FOOD.**

**MICHAEL GREEN 82316**          **6/16/2023**
Inmate Signature                         Date

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on **6/16/23** (date), and determined to be Step One and/or an Emergency Grievance ____ (Yes or No). This form was forwarded to medical or mental health? ____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

**Sgt. B. King** _____    **Sgt. B. King** _____   **6/16/23**
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature                Date Received

Describe action taken to resolve complaint, including **dates**: _____
_____
_____

Staff Signature & Date Returned _____          Inmate Signature & Date Received _____

This form was received on **6/22/23** (date), pursuant to Step Two. Is it an Emergency? ____ (Yes or **No**)
Staff Who Received Step Two Grievance: **Sgt. B. King** _____ Date: **6/22/23**
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

---

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15                    www.acicatalog.com

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center __EARU__

Name __MICHAEL R. GREEN__

ADC# __82316__  Brks # __606__  Job Assignment __N/A__

FOR OFFICE USE ONLY
GRV. # _____
Date Received: _____
GRV. Code #: _____

__7/1/2023__ (Date) STEP ONE: Informal Resolution

__7/6 2023__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally) If the issue was not resolved during Step One, state why: __Cause Sgt. JACK did NOT RESPONSE DUE TO WORKING NIGHT SHIFT HE SEE NOONE HE SEE__

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: __ga day to answer it.__

Is this Grievance concerning Medical or Mental Health Services? ____ If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how you were affected. (Please Print): __THIS GRIEVANCES IS ON THE Administration And Staff AS WELL AS MEDICAL Staff of EASTERN ARKANSAS REGIONAL UNIT BRICKEYS MAX WITH WHEN I was transferred (6/9/2021) HERE FROM TUCKER MAX UNIT PAPER WORK WAS FORWARD TO THE Staff And MEDICAL Staff to "S.O.S" A ADC HIT ON ME "S.O.S MEANS Smash On Site to All gang members." MR. BAYLON LAY was Warden WHEN I TRansferred HERE FROM TUCKER MAX was 6/9/2021 I INFORMED MR. BAYLON LAY WHO CONFIRMED A HIT was ON ME OVER HIS Power "BUT HE WOULD TRY to KEEP ME SAFE MR. WARDEN BAYLON LAY RETIRE And MR. MOSES JACKSON III took OVER AND I INFORMED HIM ABOUT THE HIT And HE RESPONSED IN WRITING HE WOULD TRY TO KEEP ME SAFE All ADC Staff And Computers (AND) PAPER WORK WILL SHOW THE Staff MONITOR ME WHEN I am sleep OR awake to HAVE ME Killed THEY And REFUSE to TRANSFER ME TO VSM WERE IT WOULD BE LESS MOVEMENT WHEN THE RECORD WILL SHOW EAR U AD. SEG MICHAEL GREEN__

Inmate Signature __ADC# 82316__    Date __7/1/2023__

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_____ _____ _____ _____
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number  Staff Signature  Date Received

Describe action taken to resolve complaint, including **dates**: _____

__~~[scribbled out]~~__ __MICHAEL GREEN 82316 7/7/2023__
Staff Signature & Date Returned    Inmate Signature & Date Received

This form was received on __7/7/23__ (date), pursuant to Step Two. Is it an Emergency? ____ (Yes or No).
Staff Who Received Step Two Grievance: __Sgt B [illegible]__ Date: __7/7/23__
Action Taken: __Forward__ (Forwarded to Grievance Officer/Warden/Other) Date: __7/7/23__
If forwarded, provide name of person receiving this form: _____ Date: _____

---
**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15                    www.acicatalog.com

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

**Unit/Center** E.A.R.U.
**Name** MICHAEL GREEN
**ADC#** 83316  **Brks #** 606  **Job Assignment** N/A

[Stamp: "ORIGINAL FILED M/M/2023" / "AD POLICY 19-34 SEPERATION"]

**FOR OFFICE USE ONLY**
GRV. # EDM23-01034
Date Received: 6/23/23
GRV. Code #: 900

6/16/2023 (Date) STEP ONE: Informal Resolution
6/23/2023 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: I WAITED THE DAYS THE POLICY REQUIRES AND THE SARGENT MRS. KING DID NOT BRING BACK A REPLY.

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? NO  If yes, circle one: medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print):

I AM MAKING THIS GRIEVANCES BE FORWARDED TO MR. MOSES JACKSON-III OFFICES, FOR NOTICE. I HAVE BEEN THREATEN FROM EVERY SHIFT THAT COME ON IN THE MAX AREA, THAT THEY ARE GOING TO OPEN MY DOOR AND ALLOW OTHER INMATES TO STAB ME UP - THIS IS FOR RECORD THAT KNOWN IS MADE KNOWN, THE RECORD WILL REFLECT TO OPEN OFFICERS OPENING DOOR HAVING INMATE ATTACKED AND NOTHING DONE TO / THEM - A INMATE WAS JUST STABBED MEMORIAL DAY IN THE MAX AREA (MAX-3) BARRACKS - ALSO FOR RECORDS I SEE O. BURRALS SIGNATURES TO MARK DOWN SECURITY IN ALLOWING PUPPETS TO HAVE TRAYS TO MY OWN CELLS I'M IN THIS UNIT, STAB/ME THAT C.MERC (CAWO?) LIE THIS NOTES FOR RECORDS EVEN THIS ONE THAT IS SUPERVISOR IS EASY TO GRANT THE TRAYS TO GO TO A INMATE CELL THAT IS HOW SECURITY IS ALLOWING INMATE TO MAKE STUFF IN MY POD.

MICHAEL GREEN (83316)  Date 6/23/2023
**Inmate Signature**

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 6-16-23 (date), and determined to be Step One and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____  Date _____

Sgt B. King _____ Sgt B. King  6-16-23
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number  Staff Signature  Date Received

Describe action taken to resolve complaint, including **dates**: _____

Staff Signature & Date Returned _____    Inmate Signature & Date Received _____
This form was received on 6-22-23 (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No)
Staff Who Received Step Two Grievance: Sgt. B. King   Date: 6-22-23
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____  Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15                    www.acicatalog.com

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center **E.A.R.U**

Name **MICHAEL R. GREEN**

ADC# **82316**  Brks # **606**  Job Assignment **U/A**

FOR OFFICE USE ONLY
GRV. # _____
Date Received: _____
GRV. Code #: _____

**7/1/23** (Date) STEP ONE: Informal Resolution

**7/6/2023** (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: **CAUSE Sgt. JACK did NOT RESPONSE due to working NIGHT SHIFT HE SEE NOBODY HE SEE ON DAY to ANSWER it.**

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? **NO** If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print) **THIS GRIEVANCES IS ON THE Administration AND STAFF AS WELL as MEDICAL STAFF OF EASTERN ARKANSAS REGIONAL UNIT. I believe max unit when I was transferred up here from TUCKER MAX UNIT paperwork was transferred to the JPP AND MEDICAL new a "S.O.S" A ADC HIT on ME "S.O.S" mean smash on site to all gang members. MR. MAYLON LAY was WARDEN WHEN I TRANSFERED HERE from TUCKER MAX UNIT. I INFORMED MR. MAYLON LAY who can/JP.MEN a HIT was on ME over his power but HE would try to keep me safe. MR. WARDEN MAYLON LAY RETIRED AND MR. MOSES JACKSON TOOK OVER AND I INFORMED HIM about the HIT AND HE RESPONSE IN WRITING HE WOULD TRY TO KEEP ME SAFE All ADC I.D.s in computer AND PRISE will know the day or situation (WHEN I am asleep or awake to have me kill) they HAVE DIRECT knowledge AND REFUSE TO TRANSFER ME TO VSM where it would be less movement when the record will show EARU has several stabbings going on on terms of it. ALL NAMED ABOVE MICHAEL GREEN (I will make da...** (if ready)

Inmate Signature **ADC-82316**  Date **7/1/2023**

*If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

_____  _____  _____  _____
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number  Staff Signature  Date Received

Describe action taken to resolve complaint, including **dates**: _____

_____ (Staff Signature & Date Returned)  **MICHAEL GREEN 82316**  **7/7/2023** (Inmate Signature & Date Received)

This form was received on **7/07/23** (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: **7/7/23**
Action Taken: **Forward** _____ (Forwarded to Grievance Officer/Warden/Other) Date: **7/7/23**
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15

X6/16

# RETURN NOTICE
## EARU Inmate Grievance
Date: **JUL 1 0 2023**

Inmate Name: **M. Green**   ADC#: **82316**

### WE ARE RETURNING YOUR GRIEVANCE FOR THE REASON(S) BELOW.........

### Per AD 19-34:

- [X] Please allow staff the opportunity to resolve your issue. The designated problem-solver <u>3 working days</u> to contact the inmate and attempt resolution of the complaint. If after 3 working days the problem-solver fails to return step one, you may proceed to step two.

- [ ] Please present your unit level grievance form to the designated problem solver. Make sure you fill in the date beside step 1. The problem solver or staff member will sign/ date the form and the inmate will keep the yellow and pink copies as receipts.

- [X] In order to proceed to the formal grievance process (step two), please complete the date beside "step two" and state why you consider step one unresolved and resubmit your grievance for processing.

- [X] An inmate is required to submit a legible copy of the unit level grievance form. Your grievance is not legible/ readable. In the future we suggest you press down firmly when you write on the white copy to make sure the information is transferred to the pink, yellow, & blue copies.

- [ ] We no longer take grievance with your initial and last name it must be your full name as in eOMIS. Please fix your name and send it back and it will be processed.

_D. Long_
**Grievance Office**

MICHAEL GREEN (82316) (606)
EASTERN ARKANSAS REGIONAL UNIT
P.O. BOX-970
MARIANNA, ARKANSAS
ZIP CODE → 72360

08/31/2023
US POSTAGE $003.99
ZIP 72360

To: EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION
James W. McCormack, CLERK
A-149 Richard Sheppard Arnold U.S. Cou[rthouse]
600 W. Capitol Ave.
Little Rock, Arkansas
ZIP CODE → 72201-3325

LegalMail