IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MICHAEL RAY GREEN,**                                                                      **PLAINTIFF**
**ADC # 082316**

**v.**                                          **Case No. 2:23CV00193-JM-JTK**

**MOSES JACKSON, III,** *et al.*                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 31st day of October, 2023.

UNITED STATES DISTRICT JUDGE